### HUNNICUTT et al. v. UNITED STATES.

(Circuit Court of Appeals, Fifth Circuit. October 18, 1918.)

No. 3222.

CRIMINAL LAW ☞1038(1)—APPEAL—OBJECTIONS TO CHARGE.

Errors in charge are not available in reviewing court, where court's attention was not directed thereto before jury's retirement.

In Error to the District Court of the United States for the Southern District of Georgia; Beverly D. Evans, Judge.

Will Hunnicutt and others were convicted of illicit distilling, and they bring error. Affirmed.

John R. Cooper, of Macon, Ga. (E. W. Butler and Sam Hunter, both of Macon, Ga., on the brief), for plaintiffs in error.

E. M. Donalson, U. S. Atty., of Macon, Ga.

Before WALKER and BATTS, Circuit Judges, and SHEPPARD, District Judge.

PER CURIAM. A reversal is sought because of alleged errors in parts of the court's charge to the jury. The record fails to show that before the jury retired any exception was so made as to direct the court's attention to either of the parts of its charge now complained of. The judgment is not to be reversed because of rulings made in the course of the trial, of which complaint was not made to the court before the case went to the jury.